**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| KIM L. MCMULLEN, | : | No. 46 MAP 2017 |
| | : | |
| Appellant | : | Appeal from the Commonwealth Court |
| | : | Order dated July 19, 2017 & exited on |
| | : | July 20, 2017 at docket No. 263 MD |
| v. | : | 2017. |
| | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA; | : | |
| PENNSYLVANIA SUPREME COURT, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**                                    **DECIDED:  April 26, 2018**

AND NOW, this 26th day of April, 2018, the order of the Commonwealth Court is

**AFFIRMED**.